1  Elayna J. Youchah, Bar No. 5837
   youchahe@jacksonlewis.com
2  Lisa A. McClane, Bar No. 10139
   lisa.mcclane@jacksonlewis.com
3  JACKSON LEWIS LLP
   3960 Howard Hughes Parkway, Suite 450
4  Las Vegas, Nevada 89169
   Tel:  (702) 921-2460
5  Fax: (702) 921-2461

6  *Attorneys for Defendant MGM MIRAGE*

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9

10 WILLIAM BUTLER,
                                          Case No. 2:10-cv-01297-GMN-PAL
          Plaintiff,

11
   v.                                     **STIPULATION AND ORDER FOR
12                                        DISMISSAL WITH PREJUDICE**

   MGM MIRAGE; a Corporation, DOES 1-10;
13 and ROE CORPORATIONS, COMPANIES
   AND/OR PARTNERSHIPS 11-20 inclusive,
14
          Defendants.
15

16       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff William Butler

17 and Defendant MGM MIRAGE, through their undersigned counsel of record, that the above

18 entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

19       Dated this 1st day of December, 2010.

20 GABROY LAW OFFICE                       JACKSON LEWIS LLP

21

22
        /s/ Christian Gabroy                     /s/ Elayna J. Youchah
23 Christian Gabroy, Bar # 8805           Elayna J. Youchah, Bar No. 5837
   170 South Green Valley Parkway, Ste. 280  Lisa A. McClane, Bar No. 10139
24 Las Vegas, Nevada  89012               3960 Howard Hughes Parkway, Suite 450
                                          Las Vegas, Nevada  89169
25
   *Attorneys for Plaintiff William Butler*     *Attorneys for Defendant MGM MIRAGE*
26

27

28

JACKSON LEWIS LLP
   LAS VEGAS

1

**ORDER OF DISMISSAL**

2

3    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled

4    matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

5        DATED this 3rd day of December, 2010.

6

7    _____

8    Gloria M. Navarro
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28